IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


IN RE:   TRANSFER OF PASSBOOK SAVINGS ACCOUNTS TO UNITED BANK


Civil Action Number: 3:00cv135


## O R D E R

It appears to the Court that the funds in the passbook savings account for civil action 3:00cv135 will receive a higher rate of return in a NOW account at United Bank in Wheeling than the funds are presently receiving from the Citizen's National Bank in Elkins. The amount of funds in this account is $995.46 plus interest earned since November 30, 2007.

It is so ORDERED, civil case 3:00cv135 funds be transferred from the Citizen's National Bank in Elkins, WV to the United Bank in Wheeling, WV.


Entered:  January 24, 2008


IRENE M. KEELEY
CHIEF JUDGE